1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES GREATHOUSE, | Case No. 1:24-cv-00715-JLT-BAM |
|---|---|
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT (Doc. 1) |
| v. | |
| CITY OF FRESNO, et al., | ORDER REQUIRING PLAINTIFF TO FILE A SIGNED COMPLAINT WITHIN THIRTY DAYS |
| Defendants. | **THIRTY (30) DAY DEADLINE** |

Plaintiff James Greathouse is proceeding pro se in this civil action. Plaintiff Greathouse filed the complaint in this action on June 20, 2024, (Doc. 1), together with an application to proceed *in forma paupers* pursuant to 28 U.S.C. § 1915, (Doc. 2).

Upon review, the Court notes that the complaint is not signed by Plaintiff Greathouse. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). Since Plaintiff Greathouse's complaint is unsigned, the Court must strike it from the record. Plaintiff Greathouse will be permitted thirty (30) days to file a signed complaint that complies with the Federal Rules of Civil Procedure and the Local Rules.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint filed on June 20, 2024 is STRICKEN from the record for lack of signature.

2. The Clerk of the Court is directed to serve this order on Plaintiff Greathouse.

3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file a signed complaint (or a notice of voluntary dismissal).

4. No extension of time will be granted without a showing of good cause.

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated: **June 21, 2024**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE