**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GREATHOUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendants. | Case No.: 1:24-cv-00715-JLT-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

    Plaintiff James Greathouse, proceeding *pro se*, filed this civil action on June 20, 2024, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) On June 21, 2024, the Court issued an order noting that Plaintiff's complaint was unsigned, striking the unsigned complaint, and directing Plaintiff to file a signed complaint (or notice of voluntary dismissal) within thirty days. (Doc. 3.) Plaintiff filed a signed complaint on July 1, 2024. (Doc. 4.) The Court now considers Plaintiff's pending application to proceed *in forma pauperis.* (Doc. 2.)

    According to Plaintiff's application, in the past 12 months, he has received income from disability or worker's compensation. (Doc. 2 at 1.) However, Plaintiff's form application fails to describe the source of money, the amount received, and what he expects to receive in the future. (*Id.*) Absent this information, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees or costs.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **July 2, 2024**                                /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE