UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GREATHOUSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00715-JLT-BAM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>**ORDER DENYING PLAINTIFF'S ORIGINAL APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS AS MOOT**<br><br>(Docs. 2, 6) |

　　　　Plaintiff James Greathouse ("Plaintiff"), proceeding *pro se*, filed this action on June 20, 2024. (Doc. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) On June 21, 2024, the Court issued an order striking Plaintiff's unsigned complaint and ordering Plaintiff to file a signed complaint within 30 days. (Doc. 3.) Plaintiff did so, filing a signed complaint on July 1, 2024. (Doc. 4.) On July 3, 2024, the Court issued an order requiring Plaintiff to file a completed application to proceed *in forma pauperis*, as Plaintiff's original *in forma pauperis* application did not describe the source of money, amount received, or amount expected regarding Plaintiff's stated disability or worker's compensation income. (Doc. 5.) On July 9, 2024, Plaintiff filed an

1

additional application to proceed *in forma pauperis*. (Doc. 6.) Plaintiff has made the showing required by section 1915(a), and accordingly, Plaintiff's request to proceed *in forma pauperis* (Doc. 6) will be **GRANTED**. 28 U.S.C. § 1915(a). Plaintiff's earlier request to proceed *in forma pauperis* (Doc. 2) is **DENIED** as moot.

Plaintiff is advised that the Court is required to screen complaints of *pro se* litigants proceeding *in forma pauperis* pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, no summons will issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant. The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **July 10, 2024**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2