UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GREATHOUSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00715-JLT-BAM<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. 12) |

Plaintiff James Greathouse ("Plaintiff") proceeds pro se and in forma pauperis in this civil rights action.  On November 8, 2024, the Court screened Plaintiff's first amended complaint and granted him leave to amend within thirty (30) days. (Doc. 10.)  Plaintiff failed to file a timely second amended complaint.  As a result, on December 19, 2024, the Court issued Findings and Recommendations to dismiss this action based on Plaintiff's failure to obey the Court's order, failure to prosecute, and for failure to state a claim. (Doc. 12.)  On the same date, Plaintiff's second amended complaint was docketed, with a filing date of December 18, 2024. (Doc. 11.)  Based on the filing of a second amended complaint, the Findings and Recommendations issued on December 19, 2024, are HEREBY VACATED.  The Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

　　　Dated:　**December 20, 2024**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1